IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Roselyn Yaschika Wise, | ) | C/A No.3:10-859-MJP-PJG |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| NCR Corporation, | ) | |
| Defendant. | ) | |

The plaintiff, Roselyn Yaschika Wise ("Plaintiff"), is a self-represented former employee of NCR Corporation. Plaintiff brings this matter against the defendant alleging that she was wrongfully terminated and that her termination was the result of sexual discrimination. The defendant filed a motion to dismiss on July 6, 2010 pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. (Docket Entry 18.) As the plaintiff is proceeding *pro se*, the court entered an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975) on July 7, 2010, advising the plaintiff of the importance of a motion to dismiss and of the need for her to file an adequate response. (Docket Entry 21.) The plaintiff was specifically advised that if she failed to respond adequately, the defendant's motion may be granted, thereby ending her case.

Notwithstanding the specific warning and instructions set forth in the court's Roseboro order, the plaintiff has failed to respond to the motion. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action.

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether she wishes to continue with this case and to file a response to the defendant's motion to dismiss within fourteen (14) days from the date of this order. Plaintiff is further advised that if she fails to respond, **this action will be recommended for dismissal with prejudice for failure to prosecute.** See <u>Davis v. Williams</u>, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 16, 2010
Columbia, South Carolina